United States District Court
Southern District of Texas
**ENTERED**
October 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMAL YAQUOB, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:25-cv-03513 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| ALLSTATE VEHICLE AND | § | |
| PROPERTY INSURANCE | § | |
| COMPANY and ZACHARY | § | |
| BURLEIGH, | § | |
| Defendants. | § | |

## ORDER

The joint discovery and case management plan has been reviewed. Dkt 10.

The initial conference set for October 8, 2025, is CANCELLED. Dkt 5.

A further status conference may be requested upon reasonable explanation by any party.

SO ORDERED.

Signed on October 8, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge