United States District Court
Southern District of Texas
**ENTERED**
October 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FRANCISCO JAVIER PLATAS ARCOS**, <br> *Petitioner*, <br><br> v. <br><br> **KRISTI NOEM**, Secretary of the U.S. Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY**; **TODD LYONS**, Acting Director of the US. Immigration and Customs Enforcement; **EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**; **PAMELA BONDI**, Attorney General of the United States; **CARLO JIMINEZ**, Acting Assistant Field Office Director of the Houston Field Office of U.S. Immigration and Customs Enforcement; and **RANDY TATE,** Warden, Montgomery Processing Center, in their official capacities, <br> *Respondents*. | Case No. 4:25-cv-04599 |

**ORDER**

The Plaintiff's request for voluntary dismissal is hereby

GRANTED Signed on October 29, 2025.

*/s/ Charles Eskridge*
The Hon. Charles Eskridge
U.S. District Court Judge